1066

THE STATE OF WASHINGTON, *Respondent*, v. JANET M. AMUNDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 86-1-00821-2, Bruce P. Hanson, J., entered November 14, 1986. *Affirmed* by unpublished opinion per Ripple, J. Pro Tem., concurred in by Thompson, C.J., and Munson, J.

THE STATE OF WASHINGTON, *Respondent*, v. GAYLON D. ESTES, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 87-1-00194-1, Charles W. Cone, J., entered November 16, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J.

LISA HARBORD, ET AL, *Appellants*, v. CLALLAM COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 86-2-00042-8, Glenn Abraham, J. Pro Tem., entered April 8, 1987. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich, J., Alexander, J., dissenting.